JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILFRED K. LUCAS,

                Plaintiff,

      v.

SAN BERNARDINO COUNTY, *et al*.,

                Defendants.

Case No. 5:26-cv-01660-FLA (JDE)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is DISMISSED with prejudice.

Dated: July 6, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1